IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:17-mj-00250 |
| | ) | |
| vs. | ) | |
| | ) | <u>ORDER</u> |
| **BARRY DALE KING** | ) | |

This matter arises from the Government's motion to extend the time in which it may seek an Indictment against the above-named defendant.

The defendant was arrested and made an initial appearance on October 12, 2017, pursuant to a Complaint filed on October 12, 2017, charging a violation of Title 21, United States Code, Section 846.

This continuance is sought because the grand jury in Greenville is not convening within 30 days from the date of the defendant's arrest and/or initial appearance. The Government has informed the Court that Defense counsel has no objections to this continuance.

NOW, the period of time in which the Government may seek an Indictment in this case is extended to allow the Government to present an indictment. The delay resulting from the extension is excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iii).

IT IS SO ORDERED.

                                                              _S/ Timothy M Cain_____
                                                              TIMOTHY M. CAIN
                                                              UNITED STATES DISTRICT JUDGE

November 14, 2017
Greenville, South Carolina